LMM RDC 550 42:1983pr

1:22-CV-4320

CIVIL COVER SHEET FOR A PRISONER CASE

JUDGE May

MAG. JUDGE Cannon

DATE FILED 10-28-22

DIVISION Atlanta

IFP ` FEE

PREVIOUS CASES yes

NAME Matt Walker IV

ID # 2214576

PRO SE ✓

ATTORNEY

PLACE OF INCARCERATION Fulton County Jail

CITY Atlanta

STATE GA

COUNTY Fulton

| JURISD | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___28:2254 | Habeas action by a STATE prisoner challenging state convictions or sentence. |
| 3 | 535 | ___28:2254d | Habeas action by a STATE prisoner under a DEATH sentence. _____SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___28:2241st | Habeas action by a STATE prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 2 | 530 | ___28:2241fd | Habeas action by a FEDERAL prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 3 | 550 | ___42:1983pr | STATE or FEDERAL prisoner civil rights action suing State officials not involving prison conditions. A/K/A BIVENS action. |
| 2 | 550 | ___28:1331pr | Prisoner civil rights action suing Federal officials **not** Involving prison conditions. A/K/A BIVENS action. |
| 3 | 555 | ___42:1983pr | STATE prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___28:1331pr | Prisoner civil rights action suing Federal officials Involving prison conditions. A/K/A Bivens action. |
| 2 | 540 | ___28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ___28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ___28:1332 | Any prisoner action based on diversity. |
| ___ | 540 | ___ ______ | OTHER: ______________________ |

______ DOCKET CLERK: Place cover sheet on top of docket sheet and file. FORWARD to Magistrate Judge Assigned for IFP and/or frivolity determinations.

______ STAFF LAW CLERK:

____Pauper's affidavit insufficient or no affidavit

____Complaint or petition not signed or is incomplete

____No copies

____Other: ______________________

MATT WALKER, IV
BKN#2214576 / JID#P00977186
FULTON COUNTY JAIL
901 RICE STREET
ATLANTA, GEORGIA 30318



THIS MAIL ORIGINATED FROM
AN INMATE AT THE
FULTON COUNTY JAIL

CLEARED
OCT 28 2022
U.S. Marshals Service
Atlanta, GA 30303

THIS MAIL ORIGINATED FROM
AN INMATE AT THE
FULTON COUNTY JAIL

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 U.S. COURT HOUSE
75 TED TURNER DRIVE S.W.
ATLANTA, GEORGIA 30303-3361